

-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROBERT MASON, 86A7415 and
GEORGE MORALES, 974486,

        Plaintiffs,

   -v-                                 DECISION AND ORDER
                                             05-CV-0348E(Sc)

GLENN S. GOORD, Comm. and
J. CONWAY, Supt.,

        Defendants.

---

        Plaintiffs, who are incarcerated in the Great Meadow and Upstate Correctional Facilities, have requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and have both met the statutory requirements and furnished the Court with signed Authorizations. Accordingly, plaintiffs' requests to proceed as poor persons are hereby granted. In addition, plaintiffs' complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

        The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

        Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

        IT IS SO ORDERED.

                                                                 DAVID G. LARIMER
                                                                United States District Judge

DATED: September 28, 2005
            Rochester, New York